## TRUMAN J. SMITH *vs.* ANDREW B. FRENCH.

An appeal can not be taken from a judgment of a justice of the peace rendered upon a default.

ASSUMPSIT brought before a justice of the peace, and appealed by the defendant to the Superior Court for Litchfield County, and reserved upon a finding of facts for the advice of this court.

Upon the record being read it appeared that the justice's record of the judgment was as follows:

"The plaintiff appeared, and the defendant being three times called made default of appearance. Whereupon it is

considered by this court that the plaintiff recover of the defendant the sum of $89.56 debt, together with his costs taxed at $12.82. The defendant moves an appeal to the Superior Court to be holden at Litchfield on, &c., and offers sufficient bond for prosecution, with surety; which appeal is allowed."

The court held (all the judges concurring) that an appeal could not be taken after a default, and advised the Superior Court that the case be stricken from the docket.

*C. W. Gillette,* for the plaintiff; *W. Cothren,* for the defendant.